Certificate Number: 05781-FLM-DE-041208355

Bankruptcy Case Number: 26-05339



05781-FLM-DE-041208355

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2026, at 8:53 o'clock AM PDT, Johnattan Perez Gonzales completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:   July 15, 2026             By:      /s/Allison M Geving

                                  Name:   Allison M Geving

                                  Title:   President