Certificate Number: 05781-FLM-DE-041208356

Bankruptcy Case Number: 26-05339



05781-FLM-DE-041208356

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2026, at 8:53 o'clock AM PDT, Natalie Chuquizuta completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:   July 15, 2026

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President